IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW G. REED,

        Plaintiff,                      No. CIV S-11-0283 EFB P

        vs.

DAN N. MESSNER,                  <u>ORDER AND</u>
                                          <u>FINDINGS AND RECOMMENDATIONS</u>
        Defendant.

_____/

        On February 8, 2011, the court found that plaintiff's application to proceed *in forma pauperis* failed to include the certified copy of his trust account statement or institutional equivalent required by 28 U.S.C. § 1915(a)(2) . The court ordered plaintiff to submit the required trust statement within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

        The 30-day period has expired and plaintiff has not filed an in forma pauperis affidavit or paid the appropriate filing fee or otherwise responded to that order.

////

////

////

////

1

1   Accordingly, it is hereby ORDERED that the Clerk shall randomly assign a United States
2 District Judge to this case; and
3   Further, it is hereby RECOMMENDED that this action be dismissed without prejudice.
4   These findings and recommendations are submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
6 after being served with these findings and recommendations, any party may file written
7 objections with the court and serve a copy on all parties.  Such a document should be captioned
8 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
9 within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
10 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
11 Dated:  April 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE